IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-03187-NYW-CYC

GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, and
USAA CASUALTY INSURANCE COMPANY,

    Plaintiffs/Counterclaim Defendants,

v.

NICHOLAS S. HORTON, and
TAISHARA ABEYTA,

    Defendants/Counterclaim Plaintiffs.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Memorandum Opinion and Order entered by United States District Judge Nina Y. Wang on February 25, 2025 [Doc. 209], it is

ORDERED that Plaintiffs/Counterclaim Defendants' Motion for Summary Judgment [Doc. 161] is GRANTED.  It is

FURTHER ORDERED that Defendant & Counterclaimant Nicholas Horton's Motion for Partial Summary Judgment [Doc. 131] is DENIED.  It is

FURTHER ORDERED that Plaintiffs/Counterclaim Defendants' Motion for Judgment on the Pleadings on their Declaratory Claim and Nicholas Horton's Counterclaims [Doc. 110] is DENIED as moot.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiffs on their declaratory judgment claim and Defendants' counterclaims.  It is

FURTHER ORDERED that Plaintiffs shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 25th day of February, 2025.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk